DEBRA BURGAN, ET AL., PLAINTIFFS–CROSS–RESPONDENTS, v. JOHN LUCHEJKO, ETC., DEFENDANTS–CROSS–PETITION-ERS. AND METROPOLITAN CONSTANTINE, THIRD–PARTY DEFENDANT.

March 17, 2005.

Denied.

871 A.2d 89

JERRY BURGAN, ET AL., PLAINTIFFS–PETITIONERS, v. JOHN LUCHEJKO, ETC., DEFENDANTS–RESPONDENTS. AND METROPOLITAN CONSTANTINE, THIRD–PARTY DEFENDANT.

March 17, 2005.

Denied.

871 A.2d 89

STATE OF NEW JERSEY IN THE INTEREST OF A.H.,(STATE OF NEW JERSEY—PETITIONER).

March 24, 2005.

Denied.